UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TANGLE INC.,                                                     :
:
                      Plaintiff,                          :
:      21-CV-7024 (JMF)
        -v-                                                    :
:          ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED           :
LIABILITY COMPANIES, PARTNERSHIPS, AND           :
UNINCORPORATED ASSOCIATIONS IDENTIFIED           :
ON SCHEDULE A OF THE COMPLAINT,                  :
:
                      Defendants.                       :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court received an email from goodstorys@163.com, a copy of which is attached, purportedly on behalf of a party in this case. Such communications — ex parte and submitted by email in violation of the Court's rules — are inappropriate and will not be considered by the Court. Parties are directed to file communications with the Court in accordance with the applicable rules, including the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, which letters to be filed electronically on ECF.

       The parties are cautioned that corporate entities, including partnerships, associations, limited liability companies, and corporations, may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007); *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace*, 443 F.3d at 192 (internal quotation marks omitted).

       Plaintiff shall promptly email a copy of this Order to goodstorys@163.com and, no later than October 4, 2021, file proof of such service.

       SO ORDERED.

Dated: October 1, 2021
       New York, New York
                                                                       JESSE M. FURMAN
                                                          United States District Judge

| | |
|---|---|
| **From:** | bridge |
| **To:** | Furman NYSD Chambers |
| **Subject:** | Re:Tangle Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A hereto -1:21-cv-07024 seller goodstorys |
| **Date:** | Friday, October 1, 2021 6:21:05 AM |
| **Attachments:** | 266e9af634093bc54d0a223dbd47597.png |
| | Summons in a Civil Action.pdf |
| | Order to Show Cause for PI and TRO.pdf |
| | Tangle Inc. v. The Individuals Corporations Limited Liability Companies Partnerships and Unincorporated Associations Identified on Schedule A hereto -1_21-cv-07024.eml.msg |
| | RE_Re_RE_Re_RE_Re_RE_Re_RE_Re_Tangle Inc. v. The Individuals Corporations Limited Liability Companies Partnerships and Unincorporated Associations Identified on Schedule A hereto -1_21-cv-07024 sell.eml.msg |

**CAUTION - EXTERNAL:**

Honorable Jess M. Furman:

I'm Mrs. Zhang, from Amazon seller goodstorys,

Because I received a notification from Amazon that one of my product ASINs: B098F99WWW has been deleted, and the payment in my seller account has been put on hold. Amazon took this action based on a temporary restraining order issued by the Federal Court provided by Thors Law. Regarding the prohibition of infringing others' copyrights, patents, trademarks, design rights, database rights, or other intellectual property rights or other proprietary rights items.

First of all, we declare that we are legal operators and we will not infringe on the copyrights of others. We have carefully checked the copyright information of the clients of Thoits Law. The inspection results are as follows:

1. There is no trademark word of their customer TANGLE in our LISTING.

2. The patent registered by their client in 1982 has passed the protection period of the patent.

3. The appearance of your customer's application for copyright is very different from our product, and it is not in the same category. The appearance size and structure quantity of the product are different from our products. My product does not infringe the copyright of others.

And we have been communicating with Thoits Law on this matter, and Thoits Law has always wanted us to pay money to settle this case. They informed Case No: 1:21-cv-07024 that the complaint was presided over by your respected Excellency.

However, from the case No: 1:21-cv-07024 file provided by Thors Law, I have two questions. I would like to ask your respected for verification.

A: 1:21-cv-07024 Summons in a Civil Action legal documents are signed by the judge

Civil Action No: 1:21-cv-06635-PKG was tampered with 1:21-cv-07024. I am surprised that this will happen. Please see the red box marked part.

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Tangle Inc.

Plaintiff(s)

v.                                    Civil Action No.   1:21-cv-7024

The Individuals, Corporations, Limited Liability
Companies, Partnerships, And Unincorporated
Associations Identified on Schedule A to the
Complaint

Defendant(s)

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

SEE ATTACHED RIDER.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael R. Yellin, Esq.
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor

New York, New York 10019
myellin@coleschotz.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: SEP - 2 2021

_Brandon Williams_
Signature of Clerk or Deputy Clerk

---

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-06635-PKC

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint

was received by me on *(date)* 2 September 2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On September 10, 2021 I sent an email containing a copy of the Complaint, Order to Show Cause Why a Preliminary Injunction should not issue, and summons to email addresses provided to me for Defendants (as identified in Schedule A to Complaint) by third parties that included a link to a website containing the aforementioned pleadings.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 10 September 2021

_Server's signature_

Katie Kavanaugh, Attorney
Printed name and title

400 Main Street, #250, Los Altos, CA 94022
Server's address

Additional information regarding attempted service, etc:

Tangle Inc.

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint

Civil Action No. 1:21-cv-7024

**RIDER TO SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 1. | 1n1n1 | https://www.amazon.es/gp/offer-listing/B01L35DYFS |
| 2. | 2CA61 BYLF | https://www.amazon.ca/gp/offer-listing/B01M6850F4 |
| 3. | Ailainniyishi | https://www.amazon.com/gp/offer-listing/B093WSMYGG |
| | | https://www.amazon.com/gp/offer-listing/B093WV5B2P |
| | | https://www.amazon.com/gp/offer-listing/B093WVK7DV |
| 4. | ANJINXINRANSHOP | https://www.amazon.ca/dp/B095KHH99B?psc=1 |
| 5. | baibianshaonan | https://www.amazon.com/dp/B09BFF41Q6?psc=1 |
| | | https://www.amazon.com/dp/B09BFF5CDQ?psc=1 |
| | | https://www.amazon.com/dp/B09BFFC9KH?psc=1 |
| | | https://www.amazon.com/dp/B09BFDLTWT?psc=1 |
| | | https://www.amazon.com/dp/B09BFC74TN?psc=1 |
| | | https://www.amazon.com/dp/B09BFFHV8L?psc=1 |
| | | https://www.amazon.com/dp/B09BFDJRXB?psc=1 |
| | | https://www.amazon.com/dp/B09BFFPL8J?psc=1 |
| 6. | BAIGUO | https://www.amazon.ca/gp/offer-listing/B094VZ8F1L |

B:Thoits Law informed that the case is under trial, but we could not find any information about 1:21-cv-07024 on your court's website. Based on the above question, please verify with your respected 1:21- The case of cv-07024 is allowed to inform the true circumstances of the law.

 In order to make it easy for you to view the special
Attached are the Documents Order to Show Cause for PI and TRO and Summons in a Civil Action. Of course, these documents can also be viewed and downloaded from the link provided by Thoits Law. I will attach it with the mail.
I look forward to your reply.
Thank you very much, esteemed!
Finally, I wish your Lord Jing a happy day!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.