UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :

TANGLE INC.,                              :
                                   :
                 Plaintiff,        :
                                   :         21-CV-7024 (JMF)
     -v-                        :
                                   :          ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED  :
LIABILITY COMPANIES, PARTNERSHIPS, AND  :
UNINCORPORATED ASSOCIATIONS IDENTIFIED  :
ON SCHEDULE A OF THE COMPLAINT,       :
                                   :
                 Defendants.     :
                                   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As discussed on the record during today's conference:

1.   Plaintiff shall file a consolidated opposition to Defendant 2CA61 BYLF's ("BYLF")
     Motion to Dissolve the Temporary Restraining Order, *see* ECF No. 31, and Motion to
     Dismiss, *see* ECF No. 32, no later than **October 6, 2021**, at **12:00 p.m.**

2.   Defendant BYLF shall file its consolidated reply no later than **October 8, 2021**, at **5:00
     p.m.**

3.   If the parties agree that a modification of the briefing schedule is warranted in order to
     facilitate settlement discussions, the parties shall file a joint letter-motion to that effect.


     SO ORDERED.

Dated:  October 1, 2021
          New York, New York                       _____
                                            JESSE M. FURMAN
                                   United States District Judge